# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Michael G. Salter**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
501-442-9892
Fax -501-442-5276

July 30, 2008

Honorable Jimm Larry Hendren
Chief United States District Judge
Western District of Arkansas
P.O. Box 3487
Fayetteville, AR 72702

                RE: Gordon, Ronald Lee
                   Dkt.. No. 5:90-CR-50011-001
                   <u>Request for Early Termination</u>

Dear Judge Hendren,

I am seeking the Court's guidance in the supervised release case of the above captioned offender. Mr. Gordon was convicted in the Western District of Arkansas for his involvement in Manufacture of a Controlled Substance. He was sentenced by Honorable H. Franklin Waters, on July 31, 1995 to 210 months imprisonment. On June 2, 2006, he was released from custody to a 3 year term of supervised release. He has been under the supervision of the Eastern District of Oklahoma since his release.

Attached is a letter from Mr. Gordon's probation officer Jeff Skaggs requesting early termination of Mr. Gordon's term of supervised release. Should you require further information please advise.

Sincerely,

William E. Dunn Jr., USPO

✓ Early termination of Supervision

___ Other

Jimm Larry Hendren      7/31/08
Chief U.S. District Judge     Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 31 2008

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK